UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 16 2013

Clerk, U.S. District & bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 07-0317-01 (PLF) |
| | ) | UNDER SEAL |
| JAMES SINGLETARY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

At a hearing on July 31, 2013, the defendant appeared before Magistrate Judge Deborah Robinson for a preliminary revocation hearing at which defendant, through counsel, conceded the alleged violation. The Magistrate Judge found that defendant has violated his conditions of supervised release as alleged. In light of the defendant's full compliance with the terms of his supervised release since June 2013, however, and there being no objection thereto, she recommended that the defendant be permitted to remain on supervised release. Accordingly, it is hereby

ORDERED that the recommendation of the Magistrate Judge [#37] is accepted; and it is

FURTHER ORDERED that the Court continue the defendant on supervised release for the term previously imposed at his sentencing on April 15, 2010.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 8|16|13